**Order entered May 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01105-CV

### CHELSEA DAVIS, Appellant

### V.

### HARLAN CROW, Appellee

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-23109**

## ORDER

By letter dated April 29, 2015, we directed Dallas County District Clerk Felicia Pitre to file a supplemental clerk's record containing a copy of (1) the trial court's June 24, 2014 dismissal order; (2) the trial court's July 28, 2014 sanctions order; and (3) the August 29, 2014 notice of appeal filed by appellant Chelsea Davis. To date, however, the record has not been filed. Accordingly, we **ORDER** Ms. Pitre to file the requested supplemental record no later than May 18, 2015.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Pitre and all parties.

/s/    CRAIG STODDART
JUSTICE